IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                                       Criminal No.: 3:08cr109DCB-JCS

WARREN CLIFTON PIERCE

## AGREED ORDER OF CONTINUANCE

This cause having come before the Court at the request of the parties to continue this matter for trial, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(8)(B)(ii) to determine the appropriateness of a continuance, the Court finds that given the complex nature of the prosecution of the case at bar, pursuant to Title 18, Section 3161(h)(8)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and specifically joins in this motion for a continuance for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until such time as it is set for hearing by the Court, and that the period of delay shall be excluded in computing the time

within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the   30th   day of March, 2009.

    s/ David Bramlette    
United States District Judge


AGREED:

/s/ *Carla J. Clark*    
CARLA J. CLARK
Assistant U.S. Attorney


 /s/ *Davey L. Tucker*    
DAVEY L. TUCKER
Counsel for Defendant