# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09-CR-0091 DCB FKB

WARREN CLIFTON PIERCE

## ORDER OF DISMISSAL OF COUNT 2 WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Indictment against defendant WARREN CLIFTON PIERCE without prejudice.

Respectfully submitted,

DONALD R. BURKHALTER
United States Attorney

/s/Dave Fulcher
By: DAVE FULCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2 as to defendant WARREN CLIFTON PIERCE without prejudice.

SO ORDERED, this the __28th__ day of June, 2010.

s/ David Bramlette
HONORABLE DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE