UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 3:08cr109 DCB FKB

WARREN CLIFTON PIERCE

## ORDER OF DISMISSAL OF COUNT 2-13 WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2-13 of the Indictment against defendant WARREN CLIFTON PIERCE without prejudice.

                                     Respectfully submitted,

                                     DONALD R. BURKHALTER
                                     United States Attorney

                                     /s/ *Carla J. Clark*
                 By:     CARLA J. CLARK
                                     Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2-13 as to defendant WARREN CLIFTON PIERCE without prejudice.

SO ORDERED, this the __28th__ day of June, 2010.

                                     s/ David Bramlette
                                     HONORABLE DAVID C. BRAMLETTE III
                                     UNITED STATES DISTRICT JUDGE